IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KIMBERLY EDELSTEIN, et al., | : | Case No. 1:23-cv-754 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| JUDGE ANN FLOTTMAN, et al., | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation (Doc. 10) is ADOPTED in its entirety;
(2) The Supplemental Report and Recommendation (Doc. 23) is ADOPTED in its entirety;
(3) Plaintiffs' Motion for Leave to File Reply or, in the alternative, Motion to Strike Defendants' Response to Objections as Non-Responsive (Doc. 20), is DENIED;
(4) Plaintiffs' Motion for Temporary Restraining Order (Doc. 6) is DENIED;
(5) Plaintiffs' Third Motion for Temporary Restraining Order (Doc. 26) is DENIED;
(6) Plaintiffs' Second Motion for Leave to File Reply (Doc. 28) is DENIED; and
(7) This case is DISMISSED WITHOUT PREJUDICE and TERMINATED from the docket.

Dated: January 31, 2024.                                    Richard W. Nagel, Clerk of Court
                                                                                    By: */s/ Kellie A. Fields*
                                                                                          Deputy Clerk